AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*    DISTRICT OF   NEVADA

DASHAUN WRIGHT,

    Plaintiff,

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00722-RCJ-WGC**

STATE OF NEVADA, et al.,

    Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motion to strike complaint and request for returned original filings (ECF No. 5) is construed as a motion for voluntary dismissal.
    **IT IS FURTHER ORDERED** that the motion for voluntary dismissal (ECF No. 5) is granted.

January 5, 2017                                         **DEBRA K. KEMPI**
                                                               Clerk

                                                              /s/ K. Rusin
                                                              Deputy Clerk